**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| United States of America, | 10-04352MP-001-PCT-MEA |
| Plaintiff, | **ORDER** |
| vs. | |
| Albert Yazzie, | |
| Defendant. | |

The defendant appeared in court and admitted to violating his conditions of probation as alleged in Paragraphs A and B of the Petition to Revoke Probation.

IT IS ORDERED terminating the defendant's unsupervised probation as unsuccessfully completed.

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons for the term of **FIVE (5) MONTHS**, with credit for time served.

IT IS FURTHER ORDERED that Paragraph C is DISMISSED.

The Court recommends that defendant's incarceration be served at the institution which is most economically available to the Bureau of Prisons.

DATED this 21st day of September, 2011.

_____
Mark E. Aspey
United States Magistrate Judge